**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| ALBERT MIKHAYLOVICH BARATOV, | : | Civ. Action No. 19-6715(RMB) |
| Petitioner | : | |
| v. | : | **ORDER** |
| WARDEN, FCI FORT DIX, *et al.*, | : | |
| Respondents | : | |

For the reasons set forth in the accompanying Opinion,

**IT IS**, therefore, on this **25th** day of **March 2019,**

**ORDERED** that the petition for writ of habeas corpus (ECF No. 1) and the pending motion to dismiss (ECF No. 2) are dismissed as moot; and it is further

**ORDERED** that the Clerk shall close this matter; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Petitioner by regular U.S. mail at his last known address.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**